72b 189
85 706

72 189
Case 2
118 877

## WOOD *et al. vs.* HAINES.

1.  On proof of title in a minor, he may recover, though letters of guardianship be not produced, and the suit be in the name of the guardian. Code, §3263; *Ansley vs. Jordan*, 61 *Ga.*, 488. Title on the death of the ancestor vests in the heir, and not in the guardian, if there be one. If none, or letters not produced, and guardian necessary, court should appoint.

2. Possession by the heirs under the ancestor, of lands, in the possession of which he died in 1863, in the war, up to the filing of the writ, or a short time before, is such title as will entitle the heirs to recover, the defendant showing none.

3. The record does not show to whom the sheriff's deed was made, or who bought the land under the justice court *fi. fa.*; therefore, no error appears in ruling out the deed and *fi. fa.*

Judgment reversed.

December 4, 1883.   (Head-notes by the court.)

JACKSON, Chief Justice.

[W. H. Wood, C. M. Wood, Ella E. Wood, and Ella E. Wood, as guardian of Emmett B. Wood, brought complaint for land, against Haines in 1881.   Plaintiffs' abstract of title set out that they were the only heirs of W. M. Wood, deceased.  On the trial, they showed that the decedent was in possession at the time of his death in 1863; that plaintiffs were his only heirs; that they had remained in possession from the date of his death until ousted by defendant; and that there had been no division of the estate. Defendant introduced no evidence.   The jury found for the plaintiffs.   Defendant moved for a new trial, on the grounds, among others, that the verdict was contrary to law and evidence; that the court refused to grant a nonsuit, and charged to the effect that possession in the ancestor, at the time of his death, and possession since by his family, would warrant a recovery, in the absence of any proof of title by the defendant; because Mrs. Ella E. Wood recovered as guardian of Emmett Wood, though no evidence of the guardianship was produced to the jury; and because the court rejected from evidence the justice court *fi. fa.* under which the land was sold, and the sheriff's deed based thereon.   (These are not set out in the record.)

The motion was overruled, and defendant excepted.]